UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------

UNITED STATES OF AMERICA,

-vs-

ANTHONY STRAVELLO,

-----------------------------------------------------

FEUERSTEIN, J.

**ORDER**

CR- 06-635    (SJF)

I adopt the recommendation of the Magistrate Judge that the plea was knowingly and voluntarily entered by the defendant, with a full understanding of his rights and the consequences of the plea of which there is a factual basis. I therefore accept the plea of guilty.

/ SO ORDERED.

SANDRA J. FEUERSTEIN, U.S.D.J.

DATED:      Central Islip, N.Y.
            July 31, 2008